## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | **CIVIL ACTION** |
| **COMMISSION** | : | |
| *Plaintiff* | : | **NO. 13-5680** |
| | : | |
| **v.** | : | |
| | : | |
| **VIOSOLAR, INC.,** | : | |
| **RICHARD W. WALKCHUK,** | : | |
| **CAROLINE WINSOR,** | : | |
| **LISA A. ESPOSITO, and** | : | |
| **LANCE W. BAUERLEIN** | : | |
| *Defendants* | : | |

## O R D E R

AND NOW, this 4th day of June 2014, the Clerk of Court is directed to place this matter

in civil suspense pending the resolution of the criminal action in this District: *United States v.*

*Caroline Winsor, et al.*, Criminal No. 12-656.


**BY THE COURT:**


**NITZA I. QUIÑONES ALEJANDRO, J.**